456 F.2d 800
 *U. S.
v.
Wilkes
 71-2359
 UNITED STATES COURT OF APPEALS Fifth Circuit
 Dec. 8, 1971
 
 1
 S.D.Miss.
 
 
 2
 (citing Bryans v. Blackwell, C.A.5, 387 F.2d 764, 767-768, cert. denied, 1968, 391 U.S. 906, 88 S.Ct. 1657, 20 L.Ed.2d 420; Ballard v . United States, C.A.5, 388 F.2d 607, 608; Tippins v. United States, C.A.5, 392 F.2d 669)
 
 
 3
 ---------------
 
 
 
 * Summary Calendar cases; Rule 18, 5 Cir.,; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of